FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 18, 2025

SEAN F. MCAVOY, CLERK

1  Richard R. Barker
2  Acting United States Attorney
   Eastern District of Washington
3  Brandon L. Pang
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

7
8          UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF WASHINGTON
9

10  UNITED STATES OF AMERICA,        4:25-CR-6023-MKD

11              Plaintiff,           INDICTMENT

12      v.                           Vio.: 21 U.S.C. § 841(a)(1),
13                                          (b)(1)(B)(vi)
14  JAIME GARCIA and                 Distribution of 40 Grams or
    KAYLEE LYNN GARDNER,             More of Fentanyl
15                                   (Counts 1 and 2)
16              Defendants.
                                     21 U.S.C. §§ 841(a)(1),
17                                   (b)(1)(A)(vi), 846
18                                   Conspiracy to Distribute 400
                                     Grams or More of Fentanyl
19                                   (Count 3)
20
                                     18 U.S.C. § 924(c)(1)(A)(i)
21                                   Possession of a Firearm in
22                                   Furtherance of a Drug
                                     Trafficking Crime
23                                   (Count 4)
24
                                     21 U.S.C. § 853
25                                   Forfeiture Allegations
26
27
28

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about May 6, 2025, in the Eastern District of Washington, the Defendant, JAIME GARCIA, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 2

On or about May 29, 2025, in the Eastern District of Washington, the Defendant, JAIME GARCIA, did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 3

Beginning on a date unknown, but by on or about May 1, 2025, and continuing to June 12, 2025, in the Eastern District of Washington and elsewhere, the Defendants, JAIME GARCIA and KAYLEE LYNN GARDNER, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), all in violation of 21 U.S.C. § 846.

## COUNT 4

On or about June 12, 2025, in the Eastern District of Washington, the Defendant, JAIME GARCIA, did knowingly possess a firearm, to wit: a Glock 17 Gen 5, 9mm handgun, bearing serial number BUND128, in furtherance of a drug

INDICTMENT – 2

trafficking crime for which he may be prosecuted in a court of the United States, to wit: Distribution of 40 Grams or More of Fentanyl, as charged in Counts 1 and 2 of this Indictment, both in violation of 21 U.S.C. § 841(a)(1), and Conspiracy to Distribute 400 Grams or More of Fentanyl, as charged in Count 3 of this Indictment, in violation of 21 U.S.C. § 846, all in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841 and/or §846, as set forth in this Indictment, the Defendants, JAIME GARCIA and KAYLEE LYNN GARDNER, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(i), as set forth in this Indictment, the Defendant, JAIME GARCIA, shall forfeit to the United States of

INDICTMENT – 3

America, any firearms and ammunition involved or used in the commission of the offense.

DATED this 18 day of June 2025.

A TRUE BILL



Richard R. Barker
Acting United States Attorney

Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 4